Mark G. Tratos (Bar No. 1086)
tratosm@gtlaw.com
Donald L. Prunty (Bar No. 8230)
pruntyd@gtlaw.com
Ronald D. Green Jr. (Bar No. 7360)
greenro@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Silicon Crystal Technology, LLC, and VC America, Inc., | Case No. 2:10-cv-01710-PMP-PAL |
| Plaintiffs, | **ORDER GRANTING MOTION TO EXTEND THE TIME FOR SERVICE OF COMPLAINT AND SUMMONS UPON DEFENDANTS ALEXANDER WOLLOCH AND NGA CHUNG WONG** |
| v. | |
| RTI America, Inc., Alexander Wolloch, and Nga Chung Wong, | |
| Defendants. | |

After consideration of the Motion properly brought by Plaintiffs Silicon Crystal Technology, LLC and VC America, Inc. ("Plaintiffs") in the above-captioned case, and good cause having been found therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Extend the Time for Service of Complaint and Summons Upon Defendants Alexander Wolloch and Nga Chung Wong is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall have an extension until April 17, 2011 to serve Defendants Alexander Wolloch and Nga Chung Wong.

Dated this _ 18th day of February, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

LV 419,328,421v1 2-17-11

Respectfully submitted:

DATED: February 17, 2011.

GREENBERG TRAURIG, LLP

/s/ Donald L. Prunty
Mark G. Tratos (Bar No. 1086)
Donald L. Prunty (Bar No. 8230)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Pkwy, Suite 400 North
Las Vegas, NV  89169

Counsel for Plaintiffs

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 419,328,421v1 2-17-11

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2011, I served the foregoing **[PROPOSED] ORDER GRANTING MOTION TO EXTEND THE TIME FOR SERVICE OF COMPLAINT AND SUMMONS UPON DEFENDANTS ALEXANDER WOLLOCH AND NGA CHUNG WONG** via the Court's CM/ECF filing system to all counsel of record and parties as listed.

/s/Cynthia L. Ney
An employee of GREENBERG TRAURIG, LLP

LV 419,328,421v1 2-17-11