UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| SILICON CRYSTAL TECHNOLOGY, LLC, et al., | ) ) ) | 2:10-cv-01710-PMP-PAL |
| Plaintiffs, | ) ) | O R D E R |
| v. | ) ) | |
| RTI AMERICA, INC., et al., | ) ) | |
| Defendants. | ) ) | |

Having considered the arguments of counsel presented April 11, 2011 on Defendant/Counterclaimant RTI America, Inc.'s fully briefed Motion for Order to Show Cause Why a Writ of Possession Should Not Issue and For Temporary Restraining Order (Doc. #10), the Court finds as follows:

1. Defendant/Counterclaimant RTI has not shown a reasonable probability of prevailing on its claim that it is lawfully entitled to possession of the assets at issue as required by N.R.S. 31.850;

2. That the Asset Sale Agreement entered on or about December 24, 2009 provides no express right to repossession of the assets at issue upon default under the Asset Sale Agreement;

3. That RTI cannot demonstrate that it will suffer irreparable harm, and has an adequate remedy at law available in the form of money damages.

///

1  **IT IS THEREFORE ORDERED** that Defendant/Counterclaimant RTI
2  America, Inc.'s Motion for Order to Show Cause Why a Writ of Possession Should Not
3  Issue and For Temporary Restraining Order (Doc. #10) is **DENIED**.
4  DATED: April 12, 2011.

_____
PHILIP M. PRO
United States District Judge