Mark G. Tratos (Bar No. 1086)
tratosm@gtlaw.com
Donald L. Prunty (Bar No. 8230)
pruntyd@gtlaw.com
Ronald D. Green Jr. (Bar No. 7360)
greenro@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiffs

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Silicon Crystal Technology, LLC, and VC America, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> RTI America, Inc., Alexander Wolloch, and Nga Chung Wong, <br><br> Defendants. | Case No. 2:10-cv-01710-PMP-PAL <br><br> **ORDER GRANTING MOTION TO EXTEND THE TIME FOR SERVICE OF COMPLAINT AND SUMMONS UPON DEFENDANT NGA CHUNG WONG [FOURTH REQUEST]** |

After consideration of the Motion properly brought by Plaintiffs Silicon Crystal Technology, LLC and VC America, Inc. ("Plaintiffs") in the above-captioned case, and good cause having been found therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Extend the Time for Service of Complaint and Summons Upon Defendant Nga Chung Wong [Fourth Request] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall have an extension until April 11, 2012 to serve Defendant Nga Chung Wong.

Dated this _2nd day of December, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

1

LV 419,561,973v1 10-13-11

Respectfully submitted:

DATED: October 13, 2011.

GREENBERG TRAURIG, LLP

/s/ Donald L. Prunty
Mark G. Tratos (Bar No. 1086)
Donald L. Prunty (Bar No. 8230)
Ronald D. Green, Jr. (Bar No. 7360)
3773 Howard Hughes Pkwy, Suite 400 North
Las Vegas, NV 89169

Counsel for Plaintiffs

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

2

LV 419,561,973v1 10-13-11

# CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2011, I served the foregoing **[PROPOSED] ORDER GRANTING MOTION TO EXTEND THE TIME FOR SERVICE OF COMPLAINT AND SUMMONS UPON DEFENDANT NGA CHUNG WONG [SECOND REQUEST]** via the Court's CM/ECF filing system to all counsel of record and parties as listed.

/s/Cynthia L. Ney                    .
An employee of GREENBERG TRAURIG, LLP

*LV 419,561,973v1 10-13-11*