Mark G. Tratos (Bar No. 1086)
tratosm@gtlaw.com
Donald L. Prunty (Bar No. 8230)
pruntyd@gtlaw.com
F. Christopher Austin (Bar No. 6559)
austinc@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Silicon Crystal Technology, LLC, and VC America, Inc.,<br><br>        Plaintiffs,<br><br>v.<br><br>RTI America, Inc., Alexander Wolloch, and Nga Chung Wong,<br><br>        Defendants. | Case No. 2:10-cv-01710-PMP-PAL<br><br>⌐ ORDER GRANTING<br>MOTION FOR ORDER PERMITTING PLAINTIFFS TO SERVE DEFENDANT BY PUBLICATION, OR IN THE ALTERNATIVE, TO EXTEND TIME FOR SERVICE OF SUMMONS AND COMPLAINT UPON NGA CHUNG WONG |
| RTI AMERICA, INC. AND ALEXANDRE WOLLOCH,<br><br>        Counterclaimants,<br><br>  v.<br><br>SILICON CRYSTAL TECHNOLOGY, LLC and VC AMERICA, INC.<br><br>        Counter-Defendants. | |
| ALEXANDRE WOLLOCH and RTI AMERICA, INC.,<br><br>         Third-Party Plaintiffs,<br><br>  v.<br><br>THOMAS HARDY; DOES and ROES I-X,<br><br>        Third-Party Defendants | |

1

After consideration of the Motion properly brought by Plaintiffs Silicon Crystal Technology, LLC and VC America, Inc. ("Plaintiffs") in the above-captioned case, and good cause having been found therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Order Permitting Plaintiffs to Serve Defendant by Publication, Or in the Alternative, to Extend the Service Period is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall have an extension from April 11, 2012 until July 11, 2012 to serve Defendant Nga Chung Wong.

**IT IS FURTHER ORDERED** that the Notice of Service shall be published once a week for four consecutive weeks in a publication of general distribution in both Coral Gables, Florida and Toronto, Canada. The Notice of Service shall read as follows:

<u>In the United States District Court For the District of Nevada</u>
<u>Case No. 2:10-cv-01710-PMP-PAL</u>

NOTICE TO DEFENDANT Nga Chung Wong: You have been named as a defendant in a civil action instituted by Plaintiffs Silicon Crystal Technology, LLC and VC America, Inc., ("Plaintiffs") against you in the United States District Court for the District of Nevada.

In this action, Plaintiffs allege claims of (1) Breach of Contract - Failure to Deliver Assets; (2) Breach of Contract - Failure to Make Profitable Sales Pursuant to Terms of Sales Agreement; (3) Breach of Contract - Failure to Pay Pursuant to Terms of Sales Agreement; (4) Breach of the Implied Covenant of Good Faith and Fair Dealing; (5) Declaratory Relief - 28 U.S.C. § 2201; and (6) Fraud in the Inducement. Pursuant to these claims, Plaintiffs seek preliminary and permanent injunctive relief as well as compensatory, consequential, statutory, and punitive damages.

You are hereby notified to plead to the complaint in this case, of which the above is a brief summary, within one hundred twenty (120) days from the date of this publication.

. . .

. . .

. . .

. . .

. . .

2

LV 419,728,438v1 4-11-12

YOU SHOULD TAKE THIS NOTICE TO YOUR LAWYER AT ONCE, IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Mark G. Tratos (Bar No. 1086)
Donald L. Prunty (Bar No. 8230)
F. Christopher Austin (Bar No. 6559)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Dated this _ 30th day of April, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

DATED: April 11, 2012.

GREENBERG TRAURIG, LLP

/s/ Donald L/ Prunty
_____
Mark G. Tratos (Bar No. 1086)
Donald L. Prunty (Bar No. 8230)
F. Christopher Austin (Bar No. 6559)
3773 Howard Hughes Pkwy, Suite 400 North
Las Vegas, NV  89169

Counsel for Plaintiffs